## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BRIAN HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 17-cv-891-JPG** |
| | ) | |
| **GRANT MENGES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF IMPENDING DISMISSAL

**Gilbert, District Judge:**

On August 23, 2017, Plaintiff Brian Hill, an inmate in St. Clair County Jail ("Jail"),

brought suit for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983.  (Doc. 1).

Despite a notification from the Clerk on August 23, 2017 that he would be responsible for a

$400.00[1] filing fee in this action, Plaintiff has not yet paid the fee, nor has he filed a properly

supported motion for leave to proceed *in forma pauperis*.  *See* 28 U.S.C. §§ 1914, 1915.

**IT IS HEREBY ORDERED** that, within **FOURTEEN (14) DAYS** of the date of the

entry of this Order (**October 10, 2017**), Plaintiff shall pay the $400 filing fee applicable to this

action.  In the alternative, Plaintiff may file a motion to proceed *in forma pauperis*, supported by

a certified copy of his prison trust fund account statement for the six-month period immediately

preceding the opening of this case and an affidavit that includes a statement of his assets.

Plaintiff is **ADVISED** that in the event he has been transferred among institutions during this

six-month period, it is Plaintiff's responsibility to obtain a copy of his prison trust account

statement from each such facility and to forward it to the Court.  Plaintiff is **FURTHER**

**ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the

---

[1] Pursuant to 28 U.S.C. § 1914, effective May 1, 2013, an additional $50.00 administrative fee is to be assessed in all civil actions, along with a $350 filing fee, unless pauper status is granted.

case was filed; such an obligation will exist whether or not Plaintiff is granted leave to proceed *in forma pauperis.*  28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch,* 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS FURTHER ORDERED** that upon conclusion of this fourteen day period, should Plaintiff fail to comply with this Order, this case will be closed for failure to comply with an order of this Court.  FED. R. CIV. P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED: September 25, 2017**

s/J. Phil Gilbert
United States District Judge